PROB 35
(Rev. 5/01)

Report and Order Terminating Probation
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

FILED
DISTRICT COURT OF GUAM
MAR 16 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

BENNY TENORIO CRUZ

Criminal Case No. 97-00095-006

On January 6, 2007, Benny Tenorio Cruz passed away of End Stage Renal Disease relative to a diagnosis for Diabetes Mellitus. I therefore recommend that the defendant's term of supervision be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

RECEIVED
MAR 15 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
William C. Bischoff, Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 16th day of March 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
United States District Judge

ORIGINAL